UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ACD DISTRIBUTION LLC,<br><br>                      Plaintiff,<br>     v.<br><br>WIZARDS OF THE COAST LLC,<br><br>                      Defendant. | CASE NO. C18-1517JLR<br><br>ORDER STRIKING DISCOVERY MOTION |

Before the court is Plaintiff ACD Distribution LLC's ("ACD") motion to compel discovery (Mot. (Dkt. # 32).) ACD filed that motion without first requesting a conference with the court. (*See generally* Dkt.) The motion therefore contravenes the court's January 16, 2019 scheduling order. (*See* Sched. Order (Dkt. # 27) at 2 (citing Fed. R. Civ. P. 16(b)(3)(B)(v)) (directing "that before moving for an order relating to discovery, the movant must request a conference with the court by notifying the [courtroom deputy]")); *see also* Fed. R. Civ. P. 16(b)(3)(B)(v) (permitting the court, in its

ORDER - 1

1 | scheduling order, to "direct that before moving for an order relating to discovery, the
2 | movant must request a conference with the court"). The court therefore STRIKES
3 | ACD's motion to compel (Dkt. # 32) without prejudice to renewing the motion in a
4 | manner that complies with the court's scheduling order.

Dated this 27th day of September, 2019.

*[signature]*

JAMES L. ROBART
United States District Judge