The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ACD DISTRIBUTION, LLC<br><br>Plaintiff,<br><br>v.<br><br>WIZARDS OF THE COAST, LLC<br><br>Defendant. | NO. 2:18-cv-01517-JLR<br><br>STIPULATED MOTION AND ~~[PROPOSED]~~ ORDER AMENDING THE EXPERT DISCLOSURE DEADLINE WITHIN THE SCHEDULING ORDER<br><br>NOTE ON MOTION CALENDAR:<br>OCTOBER 14, 2019 |

Plaintiff ACD Distribution, LLC ("ACD") and Defendant Wizards of the Coast, LLC ("WOTC") jointly move this Court for an order amending the Scheduling Order (Dkt. No. 27). In support of this Stipulation, the Parties state the following:

1. On January 16, 2019, the Court entered a Scheduling Order. (Dkt. No. 27).

2. The Order set the following deadline (among others not applicable to this Stipulation):

   • October 30, 2019: Deadline to Amend Pleadings and Disclose Expert Testimony;

3. Throughout the Discovery Period, the Parties have encountered small disputes regarding the completeness of discovery responses and document production.

STIPULATED MOTION AND [PROPOSED] ORDER AMENDING THE EXPERT DISCLOSURE DEADLINE WITHIN THE SCHEDULING ORDER - 1
(2:18-cv-01517-JLR )

6962086.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

4. The Parties, following this Court's intervention, continue to work to resolve those disputes in accordance with the Court's Orders and local rules.

5. In order to fully resolve these disputes and ensure that both Parties receive full and complete discovery, the Parties believe that a limited extension to the expert disclosure deadline only is necessary.

6. In order to allow for complete discovery and preparedness ahead of the April 27, 2020 trial date, the Parties state that good cause exists to extend the Scheduling Order's expert disclosure deadline from October 30, 2019 to November 27, 2019.

WHEREFORE Plaintiff ACD Distribution LLC and Defendant Wizards of the Coast LLC respectfully request an order amending the Scheduling Order.

Dated this 14th day of October, 2019.

| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |
|---|---|
| /s/ William T. Hansen<br>P. Arley Harrel, WSBA No. 05170<br>William T. Hansen, WSBA No. 51535<br>Williams Kastner & Gibbs PLLC<br>601 Union Street, Suite 4100<br>Seattle, Washington 98101<br>Telephone: 206-628-6600<br>Email: aharrel@williamskastner.com<br>Email: whansen@williamskastner.com | /s/ James E. Howard<br>James E. Howard, WSBA No. 37259<br>MaryAnn Almeida, WSBA No. 49086<br>Davis Wright Tremaine LLP<br>920 Fifth Avenue, Suite 3300<br>Seattle, Washington 98104<br>Telephone: 206-622-3150<br>Email: JimHoward@dwt.com<br>Email: MaryAnnAlmeida@dwt.com |
| /s/ Emily Logan Stedman<br>Daniel Janssen (Admitted Pro Hac Vice)<br>Emily Stedman (Admitted Pro Hac Vice)<br>Quarles & Brady LLP<br>411 E. Wisconsin Avenue, Suite 2400<br>Milwaukee, Wisconsin 53202<br>Telephone: 414-277-5000<br>Email: daniel.janssen@quarles.com<br>Email: emily.stedman@qarles.com | |

STIPULATED MOTION AND [PROPOSED] ORDER AMENDING
THE EXPERT DISCLOSURE DEADLINE WITHIN THE
SCHEDULING ORDER - 2
(2:18-cv-01517-JLR )

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6962086.1

**ORDER**

IT IS SO ORDERED.

DATED this 23rd day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

*COUNSEL FOR PLAINTIFF*

/s/William T. Hansen
P. Arley Harrel, WSBA No. 05170
William T. Hansen, WSBA No. 51535
Williams Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101
Telephone: 206-628-6600
Fax: 206-628-6600
Email: aharrel@williamskastner.com
Email: whansen@williamskastner.com

/s/ Emily Logan Stedman
Daniel M. Janssen (Admitted Pro Hac Vice)
Emily Logan Stedman (Admitted Pro Hac Vice)
Quarles & Brady LLP
411 E. Wisconsin Avenue, Suite 2400
Milwaukee, Wisconsin 53202
Telephone: 414-277-5000
Fax: 414-271-3552
Email: daniel.janssen@quarles.com
Email: emily.stedman@qarles.com

*COUNSEL FOR DEFENDANT*

/s/ James E. Howard
James E. Howard, WSBA No. 37259
MaryAnn Almeida, WSBA No. 49086
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: 206-622-3150
Email: JimHoward@dwt.com
Email: MaryAnnAlmeida@dwt.com

STIPULATED MOTION AND [PROPOSED] ORDER AMENDING
THE EXPERT DISCLOSURE DEADLINE WITHIN THE
SCHEDULING ORDER - 3
(2:18-cv-01517-JLR )

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6962086.1