UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ACD DISTRIBUTION, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WIZARDS OF THE COAST LLC,<br><br>Defendant. | NO. 2:18-cv-01517-JLR<br><br>STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO AMEND CASE DEADLINES<br><br>NOTE ON MOTION CALENDAR: NOVEMBER 6, 2019 |

## **STIPULATION**

Plaintiff ACD Distribution LLC ("ACD") and Defendant Wizards of the Coast LLC ("WOTC") jointly move this Court for an Order amending the Scheduling Order (Dkt. No. 27). In support of this Stipulation, the Parties state the following:

1. On January 16, 2019, the Court entered a Scheduling Order, scheduling trial for April 27, 2020 and setting interim deadlines. (Dkt. No. 27).

2. On October 3, 2019, the parties jointly moved the Court to amend the interim case deadlines in the Scheduling Order to afford additional time for discovery without moving the trial date. (Dkt. No. 35).

3. During the telephonic hearing on October 9, 2019, the Court advised counsel that the proposed changes to interim deadlines would necessitate an extension of the trial date.

STIPULATION AND PROPOSED ORDER TO AMEND CASE DEADLINES
(No. 2:18-cv-01517-JLR) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

The Court directed the parties to confer about the advisability of such an extension, noting that availability on the Court's trial calendar is limited.

4. On October 14, 2019, the parties jointly moved the Court to extend only the expert deadline. (Dkt. No. 39). The Court granted the stipulated motion and extended the expert deadline to November 27, 2019. (Dkt. No. 40).

5. As the parties have continued to discuss case status and discovery, it has become apparent that additional time is necessary to properly prepare this case for trial.

6. The parties have conferred and agree that it is advisable that the trial date be extended by at least six months, or to the Court's earliest convenience thereafter, and that all other case deadlines be similarly extended. Based on the Court's statements at the October 9, 2019 hearing, the parties understand that the adjournment might be significant.

WHEREFORE Plaintiff ACD Distribution LLC and Defendant Wizards of the Coast LLC respectfully request an order amending the Scheduling Order.

Dated this 6th Day of November, 2019

| **COUNSEL FOR PLAINTIFF** | **COUNSEL FOR DEFENDANT** |
|---|---|
| */s/ William T. Hansen* | */s/ MaryAnn Almeida* |
| P. Arley Harrel, WSBA No. 05170 | James E. Howard, WSBA No. 37259 |
| William T. Hansen, WSBA No. 51535 | MaryAnn Almeida, WSBA No. 49086 |
| Williams Kastner & Gibbs PLLC | Davis Wright Tremaine LLP |
| 601 Union Street, Suite 4100 | 920 Fifth Avenue, Suite 3300 |
| Seattle, Washington 98101 | Seattle, Washington 98104 |
| Telephone: 206-628-6600 | Telephone: 206-622-3150 |
| Email: aharrel@williamskastner.com | Email: JimHoward@dwt.com |
| Email: whansen@williamskastner.com | Email: MaryAnnAlmeida@dwt.com |

*/s/ Emily Stedman*
Daniel Janssen (Admitted Pro Hac Vice)
Emily Stedman (Admitted Pro Hac Vice)
Quarles & Brady LLP
411 E. Wisconsin Avenue, Suite 2400
Milwaukee, Wisconsin 53202
Telephone: 414-277-5000
Email: Daniel.janssen@quarles.com
Email: emily.stedman@quarles.com

STIPULATION AND PROPOSED ORDER TO AMEND CASE DEADLINES
(No. 2:18-cv-01517-JLR) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**ORDER**

IT IS SO ORDERED.

Dated this 7th Day of November, 2019

_____
UNITED STATES DISTRICT JUDGE
JAMES L. ROBART

**PRESENTED BY:**

**COUNSEL FOR PLAINTIFF**

/s/ *William T. Hansen*
P. Arley Harrel, WSBA No. 05170
William T. Hansen, WSBA No. 51535
Williams Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101
Telephone: 206-628-6600
Email: aharrel@williamskastner.com
Email: whansen@williamskastner.com

/s/ *Emily Stedman*
Daniel Janssen (Admitted Pro Hac Vice)
Emily Stedman (Admitted Pro Hac Vice)
Quarles & Brady LLP
411 E. Wisconsin Avenue, Suite 2400
Milwaukee, Wisconsin 53202
Telephone: 414-277-5000
Email: Daniel.janssen@quarles.com
Email: emily.stedman@quarles.com

**COUNSEL FOR DEFENDANT**
/s/ *MaryAnn Almeida*
James E. Howard, WSBA No. 37259
MaryAnn Almeida, WSBA No. 49086
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: 206-622-3150
Email: JimHoward@dwt.com
Email: MaryAnnAlmeida@dwt.com

STIPULATION AND PROPOSED ORDER TO AMEND CASE DEADLINES
(No. 2:18-cv-01517-JLR) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax


## CERTIFICATE OF SERVICE

I hereby certify that on the date below, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to all counsel of record who have consented to receive electronic notices via CM/ECF. All other counsel and unrepresented parties, if any, will be served in accordance with the Federal Rules of Civil Procedure.

DATED: November 6, 2019.

/s/MaryAnn Almeida
MaryAnn Almeida, WSBA #49086

STIPULATION AND PROPOSED ORDER TO AMEND CASE DEADLINES
(No. 2:18-cv-01517-JLR) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax