UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ACD DISTRIBUTION, LLC,<br><br>    Plaintiff,<br><br> v.<br><br>WIZARDS OF THE COAST LLC,<br><br>    Defendant. | NO. 2:18-cv-01517-JLR<br><br>STIPULATED MOTION AND ORDER TO DISMISS ACTION<br><br>NOTE ON MOTION CALENDAR:<br>September 9, 2020 |

### **STIPULATION**

Plaintiff ACD Distribution LLC and Defendant Wizards of the Coast LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that Plaintiff's remaining claim, for breach of the duty of good faith, is dismissed with prejudice. The parties request that the Clerk of Court enter judgment and close the case so that ACD may take an appeal from the final judgment.

Plaintiff ACD Distribution LLC hereby expressly preserves its right to appeal from the June 17, 2020, order granting Defendant Wizards of the Coast LLC's motion for partial judgment on the pleadings, which resulted in the dismissal of Plaintiff's claim under the Wisconsin Fair Dealership Law. Dkt. 50; *see Davidson v. O'Reilly Auto Enters., LLC*, — F.3d —2020 WL 4433118, at *9 (9th Cir. Aug. 3, 2020) (explaining that stipulation of dismissal can expressly

STIPULATION AND PROPOSED ORDER TO DISMISS ACTION
(No. 2:18-cv-01517-JLR) - 1
QB\131740.00076430440.1
Error! Unknown document property name.
7197406.1

Quarles & Brady LLP
411 E. Wisconsin Avenue, Suite 2400
Milwaukee, Wisconsin 53202
(414) 277-5000

reserve right to appeal from particular order); *Slaven v. Am. Trading Transp. Co.*, 146 F.3d 1066, 1070 (9th Cir. 1998) (explaining that a party may "specifically preserve[] its right to appeal" from a judgment entered by consent).

Dated this 9th Day of September, 2020,

| **COUNSEL FOR PLAINTIFF** | **COUNSEL FOR DEFENDANT** |
|---|---|
| */s/ William T. Hansen* | */s/ MaryAnn Almeida* |
| P. Arley Harrel, WSBA No. 05170 | James E. Howard, WSBA No. 37259 |
| William T. Hansen, WSBA No. 51535 | MaryAnn Almeida, WSBA No. 49086 |
| Williams Kastner & Gibbs PLLC | Rose McCarty, WSBA No. 54282 |
| 601 Union Street, Suite 4100 | Davis Wright Tremaine LLP |
| Seattle, Washington 98101 | 920 Fifth Avenue, Suite 3300 |
| Telephone: 206-628-6600 | Seattle, Washington 98104 |
| Email: aharrel@williamskastner.com | Telephone: 206-622-3150 |
| Email: whansen@williamskastner.com | Email: JimHoward@dwt.com |
| | Email: MaryAnnAlmeida@dwt.com |

*/s/ Emily L. Stedman*
Daniel Janssen (Admitted Pro Hac Vice)
Emily Stedman (Admitted Pro Hac Vice)
Quarles & Brady LLP
411 E. Wisconsin Avenue, Suite 2400
Milwaukee, Wisconsin 53202
Telephone: 414-277-5000
Email: Daniel.janssen@quarles.com
Email: emily.stedman@quarles.com

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated this 10th Day of September, 2020.

STIPULATION AND PROPOSED ORDER TO DISMISS ACTION
(No. 2:18-cv-01517-JLR) - 2
QB\131740.00076\64304409.1
**Error: Unknown document property name.**
7197406.1

Quarles & Brady LLP
411 E. Wisconsin Avenue, Suite 2400
Milwaukee, Wisconsin 53202
(414) 277-5000

**PRESENTED BY:**

**COUNSEL FOR PLAINTIFF**

*/s/ William T. Hansen*
P. Arley Harrel, WSBA No. 05170
William T. Hansen, WSBA No. 51535
Williams Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101
Telephone: 206-628-6600
Email: aharrel@williamskastner.com
Email: whansen@williamskastner.com

*/s/ Emily L. Stedman*
Daniel Janssen (Admitted Pro Hac Vice)
Emily Stedman (Admitted Pro Hac Vice)
Quarles & Brady LLP
411 E. Wisconsin Avenue, Suite 2400
Milwaukee, Wisconsin 53202
Telephone: 414-277-5000
Email: Daniel.janssen@quarles.com
Email: emily.stedman@quarles.com

**COUNSEL FOR DEFENDANT**

*/s/ MaryAnn Almeida*
James E. Howard, WSBA No. 37259
MaryAnn Almeida, WSBA No. 49086
Rose McCarty, WSBA No. 54282
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: 206-622-3150
Email: JimHoward@dwt.com
Email: MaryAnnAlmeida@dwt.com

STIPULATION AND PROPOSED ORDER TO DISMISS ACTION
(No. 2:18-cv-01517-JLR) - 3
QB\131740.00076.4304409.1
**Error: Unknown document property name.**
7197406.1

Quarles & Brady LLP
411 E. Wisconsin Avenue, Suite 2400
Milwaukee, Wisconsin 53202
(414) 277-5000

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date below, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to all counsel of record who have consented to receive electronic notices via CM/ECF.  All other counsel and unrepresented parties, if any, will be served in accordance with the Federal Rules of Civil Procedure.

DATED:  September 9, 2020.

*/s/Elizabeth Morris*
Elizabeth Morris, Legal Assistant

STIPULATION AND PROPOSED ORDER TO DISMISS ACTION
(No. 2:18-cv-01517-JLR) - 4
QB\131740.00076\63044091
**Error! Unknown document property name.**
7197406.1

Quarles & Brady LLP
411 E. Wisconsin Avenue, Suite 2400
Milwaukee, Wisconsin 53202
(414) 277-5000