The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ACD DISTRIBUTION, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WIZARDS OF THE COAST, LLC,<br><br>Defendant. | NO. 2:18-cv-01517-JLR<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF ACD DISTRIBUTION, LLC'S, MOTION FOR RELIEF FROM DEADLINE<br><br>NOTE ON MOTION CALENDAR: OCTOBER 30, 2020 |

*JLR* [handwritten initials]

## ORDER

The Court has considered Plaintiff ACD Distribution, LLC's ("ACD") Motion for Relief from Deadline on the papers submitted, and finds that ACD's one-day delay in filing its Opposition to Wizards' Motion for Attorneys Fees and Costs (Dkts. 71, 71-1 & 72) was due to excusable neglect and thus will be accepted.

IT IS HEREBY ORDERED that ACD's Motion for Relief is GRANTED and ACD's Response Brief to Wizards of the Coast LLC's Motion for Fees and supporting papers (Dkt. Nos. 71–72) will be accepted as filed.

///

///

[PROPOSED] ORDER GRANTING PLAINTIFF ACD
DISTRIBUTION, LLC'S, MOTION FOR RELIEF FROM DEADLINE
- 1
(2:18-cv-01517-JLR)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7210010.1

1  SO ORDERED.

2  Dated this 21ˢᵗ day of October, 2020

3

4  _____
   United States District Judge
5  James L. Robart

6  **PRESENTED BY:**

7  **COUNSEL FOR PLAINTIFF**

8  */s/ William T. Hansen*
   P. Arley Harrel, WSBA No. 05170
9  William T. Hansen, WSBA No. 51535
   Williams Kastner & Gibbs PLLC
10 601 Union Street, Suite 4100
   Seattle, Washington 98101
11 Telephone: 206-628-6600
   Email: aharrel@williamskastner.com
12 Email: whansen@williamskastner.com

13 */s/ Daniel Janssen*
   Daniel Janssen (Admitted Pro Hac Vice)
14 Quarles & Brady LLP
   411 E. Wisconsin Avenue, Suite 2400
15 Milwaukee, Wisconsin 53202
   Telephone: 414-277-5000
16 Email: Daniel.janssen@quarles.com

17

18

19

20

21

22

23

24

25

[PROPOSED] ORDER GRANTING PLAINTIFF ACD
DISTRIBUTION, LLC'S, MOTION FOR RELIEF FROM DEADLINE
- 2
(2:18-cv-01517-JLR )

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7210010.1

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. Specifically, said notification will be sent to the following attorneys of record:

>James E. Howard, WSBA No. 37259
>MaryAnn Almeida, WSBA No. 49086
>Davis Wright Tremaine
>920 Fifth Ave., Ste., 3300
>Seattle, Washington 98104
>Telephone: 206-622-3150
>Email: JimHoward@dwt.com
>Email: MaryAnnAlmeida@dwt.com

DATED this 20th day of October, 2020.

>/s/ Elizabeth Morris
>Legal Assistant

[PROPOSED] ORDER GRANTING PLAINTIFF ACD DISTRIBUTION, LLC'S, MOTION FOR RELIEF FROM DEADLINE - 3
(2:18-cv-01517-JLR )

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7210010.1