The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ACD DISTRIBUTION, LLC,

            Plaintiff,

   v.

WIZARDS OF THE COAST LLC,

            Defendant.

NO. 2:18-cv-01517-JLR

ORDER GRANTING AND DENYING MOTION FOR FEES AND COSTS

**ORDER**

The court has considered Defendant Wizards of the Coast's Motion for Attorneys Fees and Costs and the pleadings submitted in support and in opposition to the motion. The court held oral argument on November 2, 2020, and stated on the record the reasons for its findings and conclusions. The court further finds that the fees and costs requested in the motion after adjustment reflect reasonable rates and reasonable time expended on this case.

It is hereby ORDERED that Wizards' Motion for Fees and Costs is GRANTED and DENIED and awards $254,042.92 to Defendant, Wizards of the Coast LLC, and against Plaintiff, ACD Distribution LLC.

//

//

//

ORDER ON MOT. FOR FEES AND COSTS
(No. 2:18-cv-01517-JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1. Further attorney fees and costs in the trial court are not awarded.

2. SO ORDERED.

3. Dated this 12th day of November, 2020.

_____
The Honorable James L. Robart
U.S District Court Judge

ORDER ON MOT. FOR FEES AND COSTS
(No. 2:18-cv-01517-JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax