1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ACD DISTRIBUTION, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WIZARDS OF THE COAST LLC,<br><br>　　　　Defendant. | NO. 2:18-cv-01517-JLR<br><br>AMENDED STIPULATED MOTION AND ORDER TO STAY EXECUTION OF JUDGMENT AND AUTHORIZE PLAINTIFF ACD DISTRIBUTION, LLC, TO MAKE A DEPOSIT INTO THE REGISTRY OF THE COURT<br><br>[CLERK'S ACTION REQUIRED]<br><br>NOTE ON MOTION CALENDAR: DECEMBER 29, 2020 |

## **STIPULATION**

On November 12, 2020, this Court entered an Order Granting and Denying Defendant Wizards of the Coast, LLC's, Motion for Fees and Costs and awarded $254,042.92 to Defendant Wizards of the Coast, LLC, and against Plaintiff ACD Distribution, LLC. Dkt. No. 81. On November 13, 2020, Plaintiff ACD Distribution, LLC, filed a Notice of Civil Appeal appealing the Order Granting and Denying Defendant Wizards of the Coast, LLC's, Motion for Fees and Costs. Dkt. No. 82.

AMENDED STIPULATION AND ORDER TO STAY
EXECUTION AND AUTHORIZE DEPOSIT
(No. 2:18-cv-01517-JLR) - 1
7290586.3

Quarles & Brady LLP
411 E. Wisconsin Avenue, Suite 2400
Milwaukee, Wisconsin 53202
(414) 277-5000

Pursuant to Fed. R. Civ. P. 62(b) and LCR 67(a), Plaintiff ACD Distribution, LLC, and Defendant Wizards of the Coast, LLC, hereby stipulate and agree that Plaintiff ACD Distribution, LLC, shall deposit the sum of $255,000.00, via business check, into the Court Registry of the Federal District Court for the Western District of Washington to operate as a stay on any execution of Defendant Wizards of the Coast, LLC's, $254,042.93 judgment pending a final determination of Plaintiff ACD Distribution, LLC's, appeal.  Plaintiff ACD Distribution, LLC, and Defendant Wizards of the Coast, LLC, agree that Plaintiff ACD Distribution, LLC's, deposit of $255,000.00, comprised of the full judgment amount and 18 months of post-judgment interest, provides sufficient security to Defendant Wizards of the Coast, LLC.

The parties request that the Court enter an Order staying execution of Defendant Wizards of the Coast, LLC's, $254,042.92 judgment pending a final determination of Plaintiff ACD Distribution, LLC's, appeal, and permit Plaintiff ACD Distribution, LLC, to deposit the sum of $255,000.00 in the Court Registry in lieu of a supersedeas bond pursuant to Fed. R. Civ. P. 62(b) and LCR 67(a).

Dated this 28th day of December, 2020,

| **COUNSEL FOR PLAINTIFF** | **COUNSEL FOR DEFENDANT** |
|---|---|
| */s P. Arley Harrel* | */s MaryAnn Almeida* |
| P. Arley Harrel, WSBA No. 05170 | James E. Howard, WSBA No. 37259 |
| William T. Hansen, WSBA No. 51535 | MaryAnn Almeida, WSBA No. 49086 |
| Williams Kastner & Gibbs PLLC | Davis Wright Tremaine LLP |
| 601 Union Street, Suite 4100 | 920 Fifth Avenue, Suite 3300 |
| Seattle, Washington 98101 | Seattle, Washington 98104 |
| Telephone: 206-628-6600 | Telephone: 206-622-3150 |
| Email: aharrel@williamskastner.com | Email: JimHoward@dwt.com |
| Email: whansen@williamskastner.com | Email: MaryAnnAlmeida@dwt.com |

Daniel Janssen (Admitted Pro Hac Vice)
Quarles & Brady LLP
411 E. Wisconsin Avenue, Suite 2400
Milwaukee, Wisconsin 53202
Telephone: 414-277-5000
Email: Daniel.janssen@quarles.com

AMENDED STIPULATION AND ORDER TO STAY
EXECUTION AND AUTHORIZE DEPOSIT
(No. 2:18-cv-01517-JLR) - 2
7290586.3

Quarles & Brady LLP
411 E. Wisconsin Avenue, Suite 2400
Milwaukee, Wisconsin 53202
(414) 277-5000

## ORDER

IT IS SO ORDERED.

*[signature]*

JAMES L. ROBART
United States District Judge

Dated this 29th Day of December, 2020.

**PRESENTED BY:**

**COUNSEL FOR PLAINTIFF**

*/s P. Arley Harrel*
P. Arley Harrel, WSBA No. 05170
William T. Hansen, WSBA No. 51535
Williams Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101
Telephone: 206-628-6600
Email: aharrel@williamskastner.com
Email: whansen@williamskastner.com


Daniel Janssen (Admitted Pro Hac Vice)
Quarles & Brady LLP
411 E. Wisconsin Avenue, Suite 2400
Milwaukee, Wisconsin 53202
Telephone: 414-277-5000
Email: Daniel.janssen@quarles.com

**COUNSEL FOR DEFENDANT**

*/s MaryAnn Almeida*
James E. Howard, WSBA No. 37259
MaryAnn Almeida, WSBA No. 49086
Rose McCarty, WSBA No. 54282
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: 206-622-3150
Email: JimHoward@dwt.com
Email: MaryAnnAlmeida@dwt.com

AMENDED STIPULATION AND ORDER TO STAY
EXECUTION AND AUTHORIZE DEPOSIT
(No. 2:18-cv-01517-JLR) - 3
7290586.3

Quarles & Brady LLP
411 E. Wisconsin Avenue, Suite 2400
Milwaukee, Wisconsin 53202
(414) 277-5000